**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **DASHAYA CRAIG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PARKSHORE NURSING AND** | ) | **Case No. 16 CV** 2014 |
| **REHABILITATION CENTER, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1.     Plaintiff brings this action for unpaid overtime, monetary damages, declaratory and injunctive relief and other equitable and ancillary relief, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

2.     The Court has jurisdiction of the federal claims under 28 U.S.C. §1331 and §1367.

3.     The Court has supplemental jurisdiction over the state law claims.

4.     Venue is appropriate under 28 U.S.C. §1391, because Defendant, Parkshore Nursing and Rehabilitation Center, LLC. ("Parkshore") operates in the State of Illinois, including this County.

5.     Venue is also appropriate under 28 U.S.C. §1391(b)(2), because a substantial part of the events giving rise to these claims occurred in this County.

## PARTIES

6.     Plaintiff Dashaya Craig is a resident of Chicago, Illinois, which is located in Cook County, Illinois.

7.     Plaintiff was, at all times relevant, employed by Parkshore as a Restorative Nurse at Parkshore. Parkshore is a domestic corporation with its principal offices located at 6125 Kenwood Avenue, Chicago, Illinois.

8.     Defendant managed Plaintiff's work, including the amount of overtime required to be worked.

## GENERAL ALLEGATIONS

9.     Plaintiff was employed as a Restorative Nurse (now a nursing supervisor) in the rehabilitation department. She managed the restorative programs in the building. Plaintiff was allegedly paid a salary, but in practice, this only applied when Plaintiff worked more than 40 hours in a given week. When she worked less than 40 hours, she was paid less than her alleged salary as her pay was reduced by the number of hours fewer than forty multiplied by her hourly rate.

10.     This action is brought to recover unpaid overtime compensation, liquidated damages, unlawfully withheld wages, statutory penalties and damages owed to Plaintiff.

11.     During the statutory period, Plaintiff routinely worked in excess of forty (40) hours per week without overtime compensation.

12.     This practice violates the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* specifically § 207(a)(1).   As a result of this unlawful practice, Plaintiff suffered a loss of wages.

13.     Defendant failed to pay overtime wages and other benefits to Plaintiff during her employment by intentionally, willfully and falsely lowering her recorded compensable time. For example, Plaintiff routinely worked 12 and 14 hour days, but was only paid for 8 hour days.

## COUNT I
## FAIR LABOR STANDARDS ACTION, 29 U.S.C. § 201 ET SEQ.,

### UNPAID WAGES/OVERTIME

14.     Plaintiff repeats and re-alleges paragraphs 1 through 15 as though fully set forth herein.

15.     The Fair Labor Standards Act, 29 U.S.C. §207(a)(1), states that an employee must be paid overtime, equal to 1.5 times the employee's regular rate of pay, for all hours worked in excess of 40 hours per week.  Plaintiff regularly worked more than 40 hours per week, but was not paid overtime.  Defendant failed to pay overtime wages and other benefits to Plaintiff by intentionally willfully and improperly changing her time records.

16.     Defendant's actions were willful.  Defendant deliberately paid Plaintiff her regular hourly rate when she worked less than 40 hours but paid her her alleged salary when she worked more than forty hours in a week.

## COUNT II

### FAILURE TO PAY OVERTIME UNDER ILLINIOS LAW

18.     Plaintiff repeats and re-alleges the above paragraphs.

19.     Illinois law provides that an employee must be paid overtime, equal to 1.5 times the employee's regular rate of pay for all hours worked in excess of forty per week. Illinois Minimum Wage Law, 820 ILCS §105/4a *et. seq.*

20.     Defendant failed to pay Plaintiff for overtime hours worked.

21.     The foregoing actions of Defendant constitute violations of the Illinois Minimum Wage Law, 820 ILCS §105 *et. seq.*   Defendant's actions were willful and not in good faith.

22.     Defendant is liable to Plaintiff for actual damages, equitable relief, recovery of attorneys' fees and costs, and prejudgment interest as provided by law, pursuant to the Illinois Minimum Wage Law, 820 ILCS §105 *et. seq.*

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Dashaya Craig, by her attorneys, demands judgment against the Defendant and in favor of the Plaintiff for a sum that will properly, adequately and completely compensate Plaintiff for the nature, extent and duration of her damages, the costs of this action and as follows:

A.  Declare and find that the Defendant committed one or more of the following acts:

    i.  Violated overtime provisions of the FLSA by failing to pay overtime wages to Plaintiff;

    ii  Willfully violated overtime provisions of the FLSA;

B.  Award compensatory damages, including all overtime pay owed, in an amount according to proof;

C.  Award an equal amount as liquidated damages for all FLSA claims;

D.  Order the disgorgement of all monies improperly retained or obtained by Defendant;

E.  Enter an order declaring that Defendant willfully violated the overtime provisions of the FLSA and the IMWA;

F.  Award Plaintiff damages in the amount of overtime wages required by the IMWA improperly denied them by Defendant's actions;

G.  Award all costs and attorney's fees incurred prosecuting this claim;

H.  Give leave to amend to add claims under applicable state and federal laws;

I.  Give leave to add additional plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court; and,

J.  For such further relief as the Court deems just and equitable.

## **JURY DEMAND**

Plaintiff demands trial by jury as to all issues triable by jury.

Dated: February 7, 2016                                    Respectfully Submitted


                                                    s/John C. Ireland_____
                                                    Attorney for the Plaintiff


John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin ILL
60177
630-464-9675
Fax 630-206-0889
attorneyireland@gmail.com