UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Dashaya Craig

              Plaintiff,

v.                 Case No.: 1:16−cv−02014
                 Honorable Ruben Castillo

Parkshore Nursing and Rehabilitation Center, LLC

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2017:

  MINUTE entry before the Honorable Ruben Castillo: Status hearing held on 2/28/2017. The joint motion for approval of settlement [31] is granted. After careful review of the Settlement Agreement, the Court finds the settlement is fair and reasonable. This case is hereby dismissed with prejudice. The motion hearing set for 3/7/2017 is stricken.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.